AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| Michael Gensemer | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 21-cv-168-UNA |
| Steven Lo, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Zosano Pharma Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael J. Farnan
Farnan LLP
919 N. Market St., 12th Floor
Wilmington, Delaware 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/09/2021

*CLERK OF COURT*

/s/ John A. Cerino

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| Case:<br>1:21-cv-00168-UNA | Court:<br>United States District Court for the District of Delaware | County:<br>New Castle, DE | Job:<br>5345511 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MICHAEL GENSEMER, derivatively on behalf of ZOSANO PHARMA CORPORATION, | | Defendant / Respondent:<br>STEVEN LO, JOHN P. WALKER, KONSTANTINOS ALATARIS, STEVEN A. ELMS, LINDA GRAIS, KENNETH R. GREATHOUSE, JOSEPH P. HAGAN, and KLEANTHIS G. XANTHOPOULOS, Defendants, and ZOSANO PHARMA CORPORATION, Nominal Defendant. | |
| Received by:<br>DLS Discovery | | For:<br>Farnan LLP | |
| To be served upon:<br>ZOSANO PHARMA CORPORATION, | | | |

I, Ian Platz, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Patrick Duffy, The Corporation Trust Company: 1209 N Orange St, Wilmington, DE 19801
**Manner of Service:** Registered Agent, Feb 9, 2021, 3:00 pm EST
**Documents:** Summons and Complaint (Received Feb 9, 2021 at 2:45pm EST)

**Additional Comments:**
1) Successful Attempt: Feb 9, 2021, 3:00 pm EST at The Corporation Trust Company: 1209 N Orange St, Wilmington, DE 19801 received by Patrick Duffy.

Ian Platz
02/09/2021
Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
02/09/2021
Date     Commission Expires

JEFFREY A. LOW
MY COMMISSION
EXPIRES
August 28, 2021
NOTARY PUBLIC
STATE OF DELAWARE